Terrence Clayton Posey (WA Bar No. 9570)
TERRENCE CLAYTON POSEY, P.S.
1119 A Street, Suite 101
P.O. Box 1364
Tacoma, WA 98401
T: 253.383.1014; F: 253.383.1039
terryposeyps@yahoo.com
**Pro Hac Vice**

William M. Hake, Esq. (SBN 110956)
Nicolas P. Martin, Esq. (SBN 267708)
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
T: (415) 433-0990; F: (415) 434-1370
Bill.Hake@wilsonelser.com
Nick.Martin@wilsonelser.com

**Attorneys for Defendant
Albert Dan Walker**

B. Douglas Robbins (219413)
Mona Tashroudian (272387)
WOOD ROBBINS, LLP
One Post Street, Suite 800
San Francisco, CA 94104
T: 415.247.7900; F: 415.247.7901
drobbins@woodrobbins.com

**Attorneys for Plaintiff
Kathleen E. Kottom**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN E. KOTTOM, individually, and as surviving trustee of the Paul and Kathleen Kottom Living Trust,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT DAN WALKER, an individual; and FARMERS NEW WORLD LIFE INSURANCE COMPANY, a Company,<br><br>Defendants. | Case No. 3:14-cv-04492-LB (KW)<br><br>**JOINT STIPULATED [~~PROPOSED~~] UPDATED CASE-MANAGEMENT SCHEDULING ORDER** |

Per the Court's Order following the Further Case Management Conference held on September 3, 2015, Plaintiff Kathleen Kottom and Defendant Albert Dan Walker (collectively the "Parties") jointly stipulate to the following Updated Case-Management Scheduling Order.

# UPDATED CASE-MANAGEMENT SCHEDULING ORDER AND DISCOVERY PLAN

All hearings will be held in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The following are the disclosure, filing, discovery and hearing dates agreed to by the parties for the case:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
| --- | --- |
| Date to filed First Amended Complaint | 09/10/2015 |
| Walker's Response to FAC | 09/30/2015 |
| Updated Joint Case Management Conference Statement | 9/24/2015 |
| Further Case Management Conference | 10/1/2015 at 11:00 a.m. |
| Non-Expert Discovery Completion Date (Party and Third-Party Discovery) | 12/10/2015 |
| Deadline to File Non-Expert Discovery Motions (Party and third-Party Discovery) | 1/21/2016 |
| Expert Disclosure Required by Federal Rules of Civil Procedure | **Plaintiff's Proposed Date**: ~~12/10/2015~~<br>**Defendant's Proposed Date:** 01/15/2016 |
| Rebuttal expert disclosures | **Plaintiff's Proposed Date:** ~~12/28/2015~~<br>**Defendant's Proposed Date:** 02/15/2016 |
| Expert discovery completion date | **Plaintiff's Proposed Date:** ~~01/20/2016~~<br>**Defendant's Proposed Date:** 02/29/2016 |
| Deadline to File Dispositive Motion(s) and Non-Expert Discovery Motions (Party and Third-Party) | 01/21/2016 |
| Deadline to File Opposition to Dispositive Motion(s) and Non-Expert Discovery Motions (Party and Third-Party) | 02/04/2016 (per Civ. L.R. 7-3(a)) |

| | |
|---|---|
| Deadline to File Reply to Dispositive Motion(s) and Non-Expert Discovery Motions (Party and Third-Party) | 02/11/2016 (per Civ. L.R. 7-3(c)) |
| Last hearing date for dispositive motions and/or further case management conference and/or Non-Expert Discovery Motions (Party and Third-Party) | 02/25/2016 at 9:30 a.m. (per Civ. L.R. 7-2(a)) |
| Meet and Confer regarding pretrial filing | 02/29/2016 |
| Last Hearing Date for Expert Witness Motions | **Plaintiff's Proposed Date:** ~~03/03/2016~~<br>**Defendant's Proposed Date:** 03/24/2016 at 9:30 a.m. |
| Pretrial filings due | 03/03/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations Due | 03/10/2016 |
| Final Pretrial Conference | 03/24/2016 at 1:30 p.m. |
| Trial | 04/04/2016 at 8:30 a.m. |
| Length of Trial | 5 days |

The parties may adjust the motion deadlines and discovery deadlines by stipulation.

**IT IS SO STIPULATED**, through Counsel of Record.

Date:   September 24, 2015          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP.


By: _____
Nicolas P. Martin, Esq.
**Attorney for Defendant**
**Albert Dan Walker**


Dated:   September 24, 2015          WOOD ROBBINS, LLP


By: _____//s//_____
Mona Tashroudian
**Attorney for Plaintiff**
**KATHLEEN E. KOTTOM**

**IT IS ORDERED** that the forgoing Stipulation is approved. This Stipulated Order amends and supersedes the Case Management and Pretrial Order, of January 16, 2015, ECF No. 33. As for any issues not raised herein, the January 16, 2015 Order, ECF No. 33 continues to control.

Dated: October 6, 2015

By: _____
UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER