UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KATHLEEN E. KOTTOM,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT D. WALKER,<br><br>    Defendant. | Case No.14-cv-04492-LB<br><br>**ORDER TO DISBURSE FUNDS** |

In this interpleader case, Farmers New World Life Insurance Company deposited $1 million ($1,000,000.00) into the court's registry fund in November 2014. (*See* ECF No. 14.) Pursuant to the parties' stipulation, on March 3, 2016, the court authorized disbursement of the entire deposited funds, plus any interest thereon, payable to "Wilson Elser Moskowitz Edelman & Dicker LLP, as Trustee for Defendant Albert Dan Walker." (*See* ECF No. 115 at 2.) The payee's mailing address is "c/o Nicolas Martin, Esq., Wilson Elser Moskowitz Edeman & Dicker LLP, 525 Market Street, 17th Floor, San Francisco, CA 94105."

**IT IS SO ORDERED.**

Dated: March 7, 2016

                                             LAUREL BEELER
                                             United States Magistrate Judge

ORDER (No. 14-cv-04492-LB)